UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HOWSON INDUSTRIES, et al.,<br><br>    Defendants. | Case No. 19-cv-07486-RS<br><br>**STANDBY ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 17 |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 1, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 7, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: March 2, 2020

_____
Richard Seeborg
United States District Judge